Dylan P. Todd (NV Bar No. 10456)
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas, Nevada 89128
Telephone:   (725) 248-2900
Facsimile:    (725) 248-2907
Email: dylan.todd@clydeco.us

Kevin R. Sutherland (Admitted *Pro Hac Vice*)
Autumn E. Lewis (Admitted *Pro Hac Vice*)
CLYDE & CO US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone: (213) 358-7600
Facsimile: (213) 358-7650
Email: kevin.sutherland@clydeco.us
         autumn.lewis@clydeco.us

Attorneys for Defendants,
SIGNATURE FLIGHT SUPPORT LLC; SIGNATURE FLIGHT SUPPORT CORPORATION; SIGNATURE FLIGHT SUPPORT OF NEVADA, INC.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STARR INDEMNITY AND LIABILITY COMPANY, dba STARR INSURANCE COMPANIES as Subrogee of GLF AIR, LLC., and 60-206, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SIGNATURE FLIGHT SUPPORT CORPORATION, a Nevada corporation; SIGNATURE FLIGHT SUPPORT, LLC, a Nevada limited liability company; SIGNATURE FLIGHT SUPPORT OF NEVADA, INC., a Nevada corporation; DOES I - X, inclusive, and ROE CORPORATIONS I – X, inclusive<br><br>Defendants. | Case No.: 2:22-cv-02011-LRH-CLB<br><br>ORDER GRANTING JOINT STIPULATION TO CONTINUE SCHEDULING ORDER REGARDING BRIEFING SCHEDULE – FIRST REQUEST<br><br>Action Filed:   January 31, 2022 |

The parties, through their respective counsel, hereby stipulate that good cause exists for the Court to modify the Scheduling Order and continue the briefing

schedule by sixty (60) days regarding the parties' cross Motions for Summary Judgment, as follows:

*Background of Matter*

This matter involves an incident that occurred on or about May 18, 2019, at the Harry Reid International Airport, located in Las Vegas when employees of defendant Signature Flight Support LLC ("SFS"), a Fixed Base Operation ("FBO"), were towing a Citation 650 bearing Federal Aviation Administration ("FAA") Registration No. N820FJ ("Citation") when the wingtip of the Citation made contact with the 2000 Bombardier 60 Learjet, bearing FAA No. N448GL ("Aircraft"), causing damage to the baggage door ("Incident"). At the time of the Incident, the Aircraft was owned by 60-206, LLC and was insured by Starr Indemnity & Liability Company dba Starr Insurance Companies ("Starr").

Prior to the Incident, the Aircraft's pilot signed SFS's Landing Card while at SFS's FBO, which provided, in part, that "under no circumstances shall Signature be liable to the customer for indirect, consequential, special or exemplary damages, whether in contract or tort (including strict liability and negligence), such as, but not limited to, loss of revenue, loss of use or anticipated profits, diminution or loss of value, or costs associated with substitution or replacement aircraft." As a result of the Incident, Starr alleges that its insureds incurred $61,277.21 to repair the Aircraft (the "Repair Damages") and $279,413.23 of other damages for loss of use and rental aircraft expenses ("Other Damages"), all of which were paid by Starr pursuant to the insurance policy for the Aircraft. *See* Plaintiffs' Amended Complaint (ECF No. 1-2) at p. 3-4.

On November 7, 2022, the Court granted the Joint Stipulation for an Order Bifurcating Liability and Damages and Request for Amendment to Discovery and Scheduling Order. [ECF No. 40]. Pursuant to the stipulation, the parties agreed that they would like to "conduct limited discovery relevant to or reasonably calculated to lead to the discovery of admissible evidence regarding why the Aircraft could not be

flown, why repairs to the Aircraft took so long, the preparation and use of the Landing Card, facts regarding the pilot's execution of the Landing Card, and the enforceability of the terms of the Landing Card." *Id.*

This limited discovery necessarily requires information from third party individuals and companies that are not parties to the litigation and who are located in Florida. The Starr and SFS have been diligently working together in good faith to serve subpoenas duces tecum and subpoenas for depositions on these third parties, however, to date, no third party has produced documents and no third party has committed to a time and date for deposition. Because this discovery is necessary for the Motions for Summary Judgment, the parties agree that additional time is needed to attempt to informally resolve these discovery issues regarding the third parties and, if informal resolution is not possible, discovery motions may be required to compel the third-party discovery. Therefore, the parties agree that good cause exists to extend the briefing schedule by sixty (60) days.

### *Good Cause Exists for the Court to Continue the Briefing Schedule*

The parties hereby stipulate as follows:

WHEREAS, the Starr and SFS have been working together in good faith to obtain information that is exclusively in the possession, custody, and control of third parties to this litigation who are located in Florida;

WHEREAS, to date, the parties have been unable to obtain the necessary discovery from these third parties; and

WHEREAS, the parties agree that additional time is necessary in order to conduct the third-party discovery and, in the event court intervention is required, for an order compelling said discovery;

IT IS HEREBY STIPULATED by and between Starr and SFS to request that the Court continue the briefing schedule by sixty (60) days, as follows:

1. The deadline for the Starr and SFS to file cross motions for summary judgment shall be continued from April 28, 2023, to June 27, 2023;

2. The deadline for the parties to file their Oppositions to the cross Motions for Summary Judgment shall be continued from June 12, 2023, to August 11, 2023;

3. The deadline for the parties to file their Replies in support of cross Motions for Summary Judgment shall be continued from July 12, 2023, to September 11, 2023; and

4. All other provisions of the Joint Stipulation for an Order Bifurcating Liability and Damages and Request for Amendment to Discovery and Scheduling Order remain in effect.

IT IS SO STIPULATED.

Dated: March 17, 2023                CLYDE & CO US LLP

By: /s/Autumn E. Lewis
DYLAN P. TODD

-AND-

KEVIN R. SUTHERLAND
(Admitted *Pro Hac Vice*)
AUTUMN E. LEWIS
(Admitted *Pro Hac Vice*)

Attorneys For Defendants,
SIGNATURE FLIGHT SUPPORT LLC; SIGNATURE FLIGHT SUPPORT CORPORATION; SIGNATURE FLIGHT SUPPORT OF NEVADA, INC.

Dated: March 15, 2023                GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Stephen S. Kent[1]
STEPHEN S. KENT
Attorneys For Plaintiffs
STARR INDEMNITY AND LIABILITY COMPANY, DBA STARR INSURANCE COMPANIES AS SUBROGEE OF GLF AIR, LLC., AND 60-206, LLC

---

[1] Approval for use of e-signature received via e-mail on March 17, 2023.

## ORDER

Consistent with the above, **IT IS HEREBY ORDERED** that the briefing schedule shall be extended by 60 days, as follows:

1. The deadline for Starr and SFS to file cross-motions for summary judgment shall be continued to **June 27, 2023**;

2. The deadline for the parties to file their oppositions to the cross-motions for summary judgment shall be continued to **August 11, 2023**;

3. The deadline for the parties to file their replies in support of cross-motions for summary judgment shall be continued to **September 11, 2023**; and

4. All other provisions of the Joint Stipulation for an Order Bifurcating Liability and Damages and Request for Amendment to Discovery and Scheduling Order remain in effect.

IT IS SO ORDERED.

DATED: March 20, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**