AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

Starr Indemnity and Liability Company, et al.,

                Plaintiffs,

    v.

Signature Flight Support Corporation, et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-02079-APG-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgement is entered in favor of Defendants Signature Flight Support Corporation, Signature Flight Support, LLC, and Signature Flight Support of Nevada, Inc. and against Plaintiffs Starr Indemnity and Liability Company doing business as Starr Insurance Companies, GLF Air, LLC, and 60-206, LLC.

3/29/2024
Date

DEBRA K. KEMPI
Clerk

/s/ A. Blazevich-Gonzalez
Deputy Clerk