THOMAS D. DILLARD, JR., ESQ. (#6270)
OLSON CANNON & GORMLEY
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Telephone: (702) 384-4012
tdillard@ocgattorneys.com
Attorney for Defendants
SIGNATURE FLIGHT SUPPORT LLC;
SIGNATURE FLIGHT SUPPORT CORPORATION;
SIGNATURE FLIGHT SUPPORT OF NEVADA, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STARR INDEMNITY AND LIABILITY COMPANY, dba STARR INSURANCE COMPANIES as Subrogee of GLF AIR, LLC, and 60-206, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SIGNATURE FLIGHT SUPPORT CORPORATION, a Nevada corporation; SIGNATURE FLIGHT SUPPORT, LLC, a Nevada limited liability company; SIGNATURE FLIGHT SUPPORT OF NEVADA, INC., a Nevada corporation; DOES I-X, inclusive, and ROE CORPORATIONS I – X, inclusive, 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 2:22-cv-02011-GMN-CLB <br><br> **ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE** |

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs, STARR INDEMNITY AND LIABILITY COMPANY, dba STARR INSURANCE COMPANIES, as Subrogee of GLF AIR, LLC, and 60-206 LLC, by and through their attorney, STEPHEN S. KENT, ESQ., of GORDON REES SCULLY MANSUKHANI, LLP, and Defendants, SIGNATURE FLIGHT SUPPORT CORPORATION, SIGNATURE FLIGHT SUPPORT, LLC, and SIGNATURE FLIGHT SUPPORT OF NEVADA, INC., by and through their attorney,

1

THOMAS D. DILLARD, JR., ESQ., of OLSON CANNON & GORMLEY, that the filing of the Joint Pretrial Order, currently due on November 26, 2025, be continued for a period of forty-two (42) days, through and including January 7, 2026.

IN CONSIDERATION OF THE FOLLOWING:

1. Attorney for Defendants, Thomas D. Dillard, Jr., Esq., recently substituted in as local counsel for Defendants on November 14, 2025 [ECF 111] promptly after being retained by Defendant and prior to receiving the file. On November 14, 2025, the Court granted the Motion to Substitute Attorneys [112].

2. On November 18, 2025, Mr. Dillard filed on behalf of John M. Murray, Esq. a Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court and Designation of Local Counsel [ECF 113]. The Court has not ruled on the Verified Petition as of this date.

3. Counsel for Defendants will need additional time to familiarize themselves with this case in order to properly prepare the Joint Pretrial Order due to just recently appearing in the case, conflicting demands from other cases and prearranged holiday travel.

4. This is the parties first Stipulation to Extend the Joint Pretrial Order deadline. It is not submitted for the purpose of delay, but rather is submitted in a good faith effort to narrow and define the scope of the issues to be presented at trial should the parties not resolve the case at the assigned settlement conference.

///

///

///

///

NOW THEREFORE, THE PARTIES HEREBY STIPULATE that the deadline to file the Joint Pretrial Order be extended for an additional six (6) weeks or forty-two (42) days to January 7, 2026.

DATED this 20th day of November, 2025.      DATED this 20th day of November, 2025.

GORDON REES SCULLY
MANSUKHANI, LLP                              OLSON CANNON & GORMLEY

/s/ Stephen S. Kent
STEPHEN S. KENT, ESQ.                        THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 1251                          Nevada Bar No. 6270
1 East Liberty Street, Suite 424             9950 W. Cheyenne Avenue
Reno, Nevada 89501                           Las Vegas, Nevada 89129
*Attorney for Plaintiffs*                    *Attorney for Defendants*

**IT IS SO ORDERED.**

Dated this **20** day of November, 2025

_____
Gloria M. Navarro, District Judge
United States District Court

## Nan Langenderfer

| | |
|---|---|
| **From:** | Stephen Kent <skent@grsm.com> |
| **Sent:** | Thursday, November 20, 2025 10:24 AM |
| **To:** | Nan Langenderfer |
| **Cc:** | Tom Dillard; Randy Woolsey |
| **Subject:** | RE: Starr v. Signature Flight   Extension To File Pre-trail Order |

**Synergy Solution IT**
**Warning:** THIS MESSAGE IS FROM AN EXTERNAL SENDER. Look closely at the SENDER ADDRESS. Do not open ATTACHMENTS unless expected. Check for INDICATORS of phishing. Hover over LINKS before clicking.

Mark as Unsafe_  Mark as Safe

powered by Graphus®

Ms. Langenderfer,

Yes, it looks fine you may electronically sign for me. Thanks

Steve

**STEPHEN S. KENT**
Of Counsel



**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 775.467.2603
**E:** skent@grsm.com  |  grsm.com
1 East Liberty Street, Suite 424, Reno, NV 89501
vCard

From: Nan Langenderfer <nlangenderfer@ocgattorneys.com>
Sent: Thursday, November 20, 2025 10:18 AM
To: Stephen Kent <skent@grsm.com>

1