THOMAS D. DILLARD, JR., ESQ. (#6270)
OLSON CANNON & GORMLEY
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Telephone: (702) 384-4012
tdillard@ocgattorneys.com
Attorney for Defendants
SIGNATURE FLIGHT SUPPORT LLC;
SIGNATURE FLIGHT SUPPORT CORPORATION;
SIGNATURE FLIGHT SUPPORT OF NEVADA, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STARR INDEMNITY AND LIABILITY COMPANY, dba STARR INSURANCE COMPANIES as Subrogee of GLF AIR, LLC, and 60-206, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SIGNATURE FLIGHT SUPPORT CORPORATION, a Nevada corporation; SIGNATURE FLIGHT SUPPORT, LLC, a Nevada limited liability company; SIGNATURE FLIGHT SUPPORT OF NEVADA, INC., a Nevada corporation; DOES I-X, inclusive, and ROE CORPORATIONS I – X, inclusive, 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 2:22-cv-02011-GMN-CLB <br><br> **STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER** <br><br> **(SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs, STARR INDEMNITY AND LIABILITY COMPANY, dba STARR INSURANCE COMPANIES, as Subrogee of GLF AIR, LLC, and 60-206 LLC, by and through their attorney, STEPHEN S. KENT, ESQ., of GORDON REES SCULLY MANSUKHANI, LLP, and Defendants, SIGNATURE FLIGHT SUPPORT CORPORATION, SIGNATURE FLIGHT SUPPORT, LLC, and SIGNATURE FLIGHT SUPPORT OF NEVADA, INC., by and through their attorney,

1

THOMAS D. DILLARD, JR., ESQ., of OLSON CANNON & GORMLEY, that the filing of the Joint Pretrial Order, currently due on January 7, 2026, be continued for a period of thirty (30) days, through and including February 6, 2026.

IN CONSIDERATION OF THE FOLLOWING:

1. Attorney for Defendants, Thomas D. Dillard, Jr., Esq., recently substituted in as local counsel for Defendants on November 14, 2025 [ECF 111] promptly after being retained by Defendant and prior to receiving the file. On November 14, 2025, the Court granted the Motion to Substitute Attorneys [112].

2. On November 18, 2025, Mr. Dillard filed on behalf of John M. Murray, Esq. a Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court and Designation of Local Counsel [ECF 113].

3. The parties currently have a Virtual Settlement Conference scheduled on January 13, 2026, at 9:00 A.M. before U.S. Magistrate Judge Carla Baldwin. The parties are hopeful that the case can be successfully resolved at that time and are devoting their time and efforts in preparing for the conference.

4. This is the parties second Stipulation to Extend the Joint Pretrial Order deadline. It is not submitted for the purpose of delay, but rather is submitted in a good faith effort to reduce expenditure of unnecessary resources prior to the settlement conference, and properly prepare, if necessary, the Joint Pretrial Order and the case for trial.

/ / /

/ / /

/ / /

/ / /

2

NOW THEREFORE, THE PARTIES HEREBY STIPULATE that the deadline to file the Joint Pretrial Order be extended for an additional thirty (30) days to February 6, 2026.

DATED this 29th day of December, 2025.     DATED this 29th day of December, 2025.

GORDON REES SCULLY
MANSUKHANI, LLP                              OLSON CANNON & GORMLEY

/s/ Stephen S. Kent                          /s/ Thomas D. Dillard, Jr.
STEPHEN S. KENT, ESQ.                        THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 1251                          Nevada Bar No. 6270
1 East Liberty Street, Suite 424             9950 W. Cheyenne Avenue
Reno, Nevada 89501                           Las Vegas, Nevada 89129
*Attorney for Plaintiffs*                    *Attorney for Defendants*

DATED this 29th day of December, 2025.

MURRAY, MORIN & HERMAN, P.A.

/s/ John M. Murray
JOHN M. MURRAY, ESQ.
Florida Bar No. 157325 *(Pro Hac Vice)*
3550 Buschwood Park Drive, Suite 130
Tampa, Florida 33618
*Attorney for Defendants*

**IT IS HEREBY ORDERED** that the parties must file a Joint Pretrial Order no later than February 6, 2026.

DATED this __30__ day of December, 2025

_____
Gloria M. Navarro, District Judge
United States District Court

3

# Nan Langenderfer

| | |
|---|---|
| From: | Stephen Kent <skent@grsm.com> |
| Sent: | Monday, December 29, 2025 11:23 AM |
| To: | John M. Murray; Nan Langenderfer |
| Cc: | Randy Woolsey; Cindy J. Keller; Kelley Roush-Silverman; Tom Dillard |
| Subject: | Re: Starr Indemnity and Liability Company, et al. v. Signature Flight Support Corporation, et al., #2:22-cv-02011-GMN-CLB |

**Synergy Solution IT**

**Warning:** THIS MESSAGE IS FROM AN EXTERNAL SENDER. Look closely at the SENDER ADDRESS. Do not open ATTACHMENTS unless expected. Check for INDICATORS of phishing. Hover over LINKS before clicking.

Mark as Unsafe    Mark as Safe

powered by Graphus®

John,

It looks fine, you may electronically Singh for me and file. Thanks

Steve



**STEPHEN S. KENT** | Of Counsel

1 East Liberty Street, Suite 424
Reno, NV 89501
D: 775-467-2603 | skent@grsm.com

---

**From:** John M. Murray <jmurray@mmhlaw.com>
**Sent:** Monday, December 29, 2025 9:37:48 AM
**To:** Stephen Kent <skent@grsm.com>; Nan Langenderfer <nlangenderfer@ocgattorneys.com>
**Cc:** Randy Woolsey <rwoolsey@grsm.com>; Cindy J. Keller <CKeller@mmhlaw.com>; Kelley Roush-Silverman <KSilverman@mmhlaw.com>; Tom Dillard <tdillard@ocgattorneys.com>
**Subject:** RE: Starr Indemnity and Liability Company, et al. v. Signature Flight Support Corporation, et al., #2:22-cv-02011-GMN-CLB

Steve,

# Nan Langenderfer

| | |
|---|---|
| **From:** | John M. Murray <jmurray@mmhlaw.com> |
| **Sent:** | Monday, December 29, 2025 11:34 AM |
| **To:** | Nan Langenderfer; Tom Dillard |
| **Cc:** | Cindy J. Keller; Kelley Roush-Silverman |
| **Subject:** | FW: Starr Indemnity and Liability Company, et al. v. Signature Flight Support Corporation, et al., #2:22-cv-02011-GMN-CLB |
| **Attachments:** | FINAL Starr - SAO to Ext. Jt. PTO DL-2nd Request.docx |
| **Importance:** | High |

**Synergy Solution IT**
**Warning:** THIS MESSAGE IS FROM AN EXTERNAL SENDER. Look closely at the SENDER ADDRESS. Do not open ATTACHMENTS unless expected. Check for INDICATORS of phishing. Hover over LINKS before clicking.

Mark as Unsafe_   Mark as Safe

powered by Graphus®

Nan,

Further to our conversation just now, you have authority to affix my signature to the attached and file it with the Court. Sorry to put this on you, but as I said, my assistant, Cindy, is out today.

Also, please change the date to today's date.

Many thanks for your help.

Kind regards,

John

**John M. Murray**

1